DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHARLES FRANCIS SHEPPARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00430 OWW |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | DATE:   March 14, 2011 |
| CHARLES FRANCIS SHEPPARD, | TIME:   9:00 A.M. |
| *Defendant.* | JUDGE:  Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for January 24, 2011, **may be continued to March 14, 2011 at 9:00 A.M.**

This continuance is at the request of defense counsel as an offer from the government has been received and defense counsel would like additional time to discuss the offer with the client.  Additionally, defense would request extra time to further research some guideline issues in this case.  Defense anticipates there will be a resolution of the case at the next status conference.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: January 20, 2011 | By: /s/ Jeremy Jehangiri<br>JEREMY JEHANGIRI<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: January 20, 2011 | By: /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>CHARLES FRANCIS SHEPPARD |

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

DATED: January 20, 2011

/s/ OLIVER W. WANGER
United States District Judge