BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10-CR-00430-OWW |
|---|---|---|
| Plaintiff, | ) | ORDER RE FINANCIAL DISCLOSURES |
| v. | ) | |
| CHARLES FRANCIS SHEPPARD, | ) | |
| Defendant. | ) | |

Pursuant to the plea agreement of the parties, the Defendant herein, CHARLES FRANCIS SHEPPARD, is hereby ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" packet and the "Authorization to Release Information" and provide to the United States Attorney's Office, Attention Carey Hartsock, 2500 Tulare Street, Suite 4401, Fresno, California 93721 no later than Monday, April 18, 2011.

IT IS SO ORDERED.

**Dated:   March 21, 2011**          /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE