DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHARLES FRANCIS SHEPPARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:10-cr-00430 OWW |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | SENTENCING HEARING |
| v. ) | |
| ) | DATE:   August 29, 2011 |
| CHARLES FRANCIS SHEPPARD, ) | TIME:   9:00 A.M. |
| ) | JUDGE:  Hon. Oliver W. Wanger |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for August 1, 2011, **may be continued to August 29, 2011 at 9:00 A.M.**

This continuance is at the request of defense counsel as it needs additional time to collect medical documentation that it would like included as part of the probation report.  Probation concurs that the medical documentation is relevant and should be included.  The government is agreeable with the requested continuance.

Because this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

///

///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: June 29, 2011 | By: /s/ Jeremy Jehangiri<br>JEREMY JEHANGIRI<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: June 29, 2011 | By: /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>CHARLES FRANCIS SHEPPARD |

**O R D E R**

IT IS SO ORDERED.

**Dated:   June 30, 2011**          /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE